```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE                            :      CIVIL ACTION
                                    :
         v.                         :
                                    :
UNITED STATES OF AMERICA,           :      NO. 25-6619
et al.                              :
```

ORDER

AND NOW, this 9th day of December 2025, it is hereby ORDERED that:

(1)  the motion of plaintiff for leave to proceed under pseudonym (Doc. #2) is GRANTED as unopposed;

(2)  plaintiff shall proceed in this action under pseudonym and the docket shall continue to reflect her name as "Jane Doe";

(3)  all parties and their attorneys shall refer to the plaintiff by her pseudonym "Jane Doe" in any documents and papers filed in this lawsuit including the pleadings;

(4)  all parties and their attorneys shall refer to the plaintiff by her pseudonym "Jane Doe" in all public proceedings held before this court;

(5)  all parties and their attorneys shall redact plaintiff's name and any other identifying information for the plaintiff from any documents and papers prior to filing them to the docket, pursuant to Federal Rule of Civil Procedure 5.2(e). Unredacted copies of such documents shall be under seal,

pursuant to Local Rule of Civil Procedure 5.1.5 and Federal Rule of Civil Procedure 5.2(d);

(6) all parties and their attorneys shall refrain from publishing plaintiff's identity to anyone not in the office of the attorneys except upon written consent of plaintiff's counsel, and only under the condition that anyone who is made aware of plaintiff's identity shall not redisclose that information to any other third party; and

(7) the court may modify this order, after notice, in the interest of justice.

_____

Plaintiff, Jane Doe, alleges she was raped by a correctional officer while she was an inmate in the Special Housing Unit at the Philadelphia Detention Center. After considering the factors set forth in Doe v. Megless, 654 F.3d 404, 408-11 (3d Cir. 2011) and in Doe v. Provident Life and Acc. Ins. Co., 176 F.R.D. 464, 467-68 (E.D. Pa. 1997), this court finds that plaintiff has met the exceptional circumstances necessary to proceed with the use of a pseudonym.

BY THE COURT:

/s/  Harvey Bartle III
                      J.