IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA et al | : | NO.  25-6619 |
| | : | |

ORDER

AND NOW, this 8th day of April, 2026, following a teleconference with counsel, it is hereby ORDERED that counsel shall provide a status update to Judge Bartle's chambers at chambers_of_Judge_Harvey_Bartle@paed.uscourts.gov no later than April 22, 2026, on the status of settlement.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE